IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00187-PSF-BNB

TERESA MEEHAN,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLD, a Georgia limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice Pursuant to F.R.Civ.P. Rule 41(a)(1)(ii) (Dkt. # 13), and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its attorney's fees and costs.

DATED: April 30, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge